# Exhibit A

# EXHIBIT A

| | PUBLISHER | ISBN | TITLE | COPYRIGHT REGISTRATION |
|---|---|---|---|---|
| 1 | Cengage | 9780538740630 | 21st Century Business Series: Entrepreneurship | TX 7-525-330 |
| 2 | Cengage | 9781428231269 | A Course in Phonetics | TX 7-404-083 |
| 3 | Cengage | 9781111531003 | A First Book of C++ | TX 4-916-953 |
| 4 | Cengage | 9781111827052 | A First Course in Differential Equations with Modeling Applications | TX 7-528-598 |
| 5 | Cengage | 9780495562023 | A Transition to Advanced Mathematics | TX 7-553-779 |
| 6 | Cengage | 9781111343620 | Abnormal Psychology: An Integrative Approach | TX 7-410-205 |
| 7 | Cengage | 9780324662962 | Accounting | TX 7-571-786 |
| 8 | Cengage | 9781439078570 | Accounting Information Systems | TX 7-490-372 |
| 9 | Cengage | 9780324379051 | Advanced Accounting | TX 6-911-127 |
| 10 | Cengage | 9781111427412 | Advanced Engineering Mathematics | TX 7-589-547 |
| 11 | Cengage | 9780840068132 | Algebra and Trigonometry | TX 7-415-888 |
| 12 | Cengage | 9781439048474 | Algebra and Trigonometry | TX 7-426-022 |
| 13 | Cengage | 9780495559719 | Algebra and Trigonometry with Analytic Geometry | TX 7-029-234 |
| 14 | Cengage | 9781111532222 | An Introduction to Management Science | TX 7-422-773 |
| 15 | Cengage | 9780495017585 | An Introduction to Statistical Methods and Data Analysis | TX 6-930-848 |
| 16 | Cengage | 9780324786682 | Anderson's Business Law and the Legal Environment | TX 7-517-530 |
| 17 | Cengage | 9780495559696 | Applied Calculus for the Managerial, Life, and Social Sciences | TX 7-519-594 |
| 18 | Cengage | 9781435481626 | Architectural Drafting and Design | TX 7-517-761 |
| 19 | Cengage | 9781428311497 | Automotive Technology: A Systems Approach | TX 6-935-819 |
| 20 | Cengage | 9781439046968 | Basic College Mathematics: An Applied Approach | TX 7-522-818 |
| 21 | Cengage | 9781439044421 | Basic Mathematics for College Students | TX 7-510-841 |
| 22 | Cengage | 9780495559740 | Basic Mathematics: A Text/Workbook | TX 7-478-019 |
| 23 | Cengage | 9780840031433 | Basic Statistics for the Behavioral Sciences | TX 7-508-882 |
| 24 | Cengage | 9780495812265 | Becoming a Helper | TX 7-393-935 |
| 25 | Cengage | 9781111306113 | Behavior Modification: Principles and Procedures | TX 7-404-312 |
| 26 | Cengage | 9780495090793 | Biological Psychology | TX 7-469-518 |
| 27 | Cengage | 9780495603009 | Biological Psychology | TX 7-469-518 |
| 28 | Cengage | 9781439046739 | Biology: Concepts and Applications | TX 7-525-913 |
| 29 | Cengage | 9780324374858 | Business Communication | TX 6-577-259 |
| 30 | Cengage | 9780538466257 | Business Communication: Process and Product | TX 7-515-742 |
| 31 | Cengage | 9780324789744 | Business English | TX 7-246-677 |
| 32 | Cengage | 9780324657746 | Business Ethics: Case Studies and Selected Readings | TX 6-843-765 |
| 33 | Cengage | 9780324786521 | Business Law Today, Standard Edition | TX 7-514-805 |
| 34 | Cengage | 9780324786156 | Business Law Today: The Essentials | TX 7-525-918 |
| 35 | Cengage | 9780324655223 | Business Law: Text and Cases | TX 6-863-239 |
| 36 | Cengage | 9780538470827 | Business Law: Text and Cases | TX 7-405-842 |
| 37 | Cengage | 9780324581676 | Business Marketing Management: B2B | TX 7-035-394 |
| 38 | Cengage | 9780538444682 | Business Principles and Management | TX 6-567-555 |
| 39 | Cengage | 9780324655544 | Business: Its Legal, Ethical, and Global Environment | TX 6-853-277 |
| 40 | Cengage | 9780547167022 | Calculus | TX 7-349-958 |
| 41 | Cengage | 9780538497817 | Calculus | TX 7-411-243 |
| 42 | Cengage | 9781439049570 | Calculus Concepts: An Informal Approach to the Mathematics of Change | TX 7-414-142 |
| 43 | Cengage | 9780840068330 | Calculus I with Precalculus | TX 6-258-491 |
| 44 | Cengage | 9780495557425 | Calculus: Concepts and Contexts | TX 7-493-452 |
| 45 | Cengage | 9780618528448 | Chemistry | TX 6-336-865 |
| 46 | Cengage | 9780495391630 | Chemistry | TX 7-687-181 |
| 47 | Cengage | 9780547125329 | Chemistry | TX 7-736-750 |
| 48 | Cengage | 9780840065322 | Chemistry: An Atoms First Approach | TX 7-390-743 |
| 49 | Cengage | 9781111427108 | Chemistry: Principles and Reactions | TX 7-444-122 |
| 50 | Cengage | 9781439049303 | Chemistry: The Molecular Science | TX 7-176-921 |
| 51 | Cengage | 9780538745215 | College Accounting, Chapters 1-15 | TX 7-511-405 |
| 52 | Cengage | 9780495565215 | College Algebra | TX 6-839-695 |
| 53 | Cengage | 9781439048696 | College Algebra | TX 7-349-416 |
| 54 | Cengage | 9780538734776 | College Algebra: Enhanced Edition | TX 7-222-862 |

| | PUBLISHER | ISBN | TITLE | COPYRIGHT REGISTRATION |
|---|---|---|---|---|
| 55 | Cengage | 9780840062062 | College Physics | TX 7-414-218 |
| 56 | Cengage | 9780538479448 | Concepts in Federal Taxation 2012 | TX 7-522-865 |
| 57 | Cengage | 9780324582031 | Contemporary Marketing | TX 7-031-894 |
| 58 | Cengage | 9781111221782 | Contemporary Marketing | TX 7-411-835 |
| 59 | Cengage | 9780324568493 | Contemporary Mathematics for Business and Consumers | TX 6-856-839 |
| 60 | Cengage | 9781111529376 | Contemporary Mathematics for Business and Consumers | TX 7-409-644 |
| 61 | Cengage | 9781439078082 | Corporate Finance | TX 7-329-727 |
| 62 | Cengage | 9781439044612 | Cost Accounting: Foundations and Evolutions | TX 7-532-390 |
| 63 | Cengage | 9780324559675 | Cost Management: Accounting and Control | TX 6-841-472 |
| 64 | Cengage | 9780495599333 | Criminal Procedure: Law and Practice | TX 6-994-873 |
| 65 | Cengage | 9780495809838 | Criminology: The Core | TX 7-278-261 |
| 66 | Cengage | 9780495095613 | Cultural Anthropology: The Human Challenge | TX 6-836-583 |
| 67 | Cengage | 9780495810827 | Cultural Anthropology: The Human Challenge | TX 7-331-721 |
| 68 | Cengage | 9780495391784 | Data Analysis with Microsoft Excel(TM): Updated for Office 2007 | TX 5-746-672 |
| 69 | Cengage | 9781133626466 | Data Communications and Computer Networks: A Business User's Approach | TX 7-506-679 |
| 70 | Cengage | 9781439044377 | Developmental Mathematics for College Students | TX 7-338-899 |
| 71 | Cengage | 9780495561989 | Differential Equations | TX 7-422-476 |
| 72 | Cengage | 9781111827069 | Differential Equations with Boundary-Value Problems | TX 7-537-179 |
| 73 | Cengage | 9781111427375 | Digital Signal Processing Using MATLAB | TX 7-595-012 |
| 74 | Cengage | 9780547177793 | Discovering Biological Psychology | TX 7-071-310 |
| 75 | Cengage | 9780495391326 | Discrete Mathematics with Applications | TX 7-516-086 |
| 76 | Cengage | 9781111221300 | Diversity in Organizations | TX 7-404-398 |
| 77 | Cengage | 9780495809913 | Drug Use and Abuse: A Comprehensive Introduction | TX 7-642-626 |
| 78 | Cengage | 9780538453745 | Economics: A Contemporary Introduction | TX 7-412-886 |
| 79 | Cengage | 9781435498297 | Electrical Wiring Commercial | TX 7-413-434 |
| 80 | Cengage | 9780538469241 | Electronic Commerce | TX 7-526-262 |
| 81 | Cengage | 9780495389613 | Elementary and Intermediate Algebra | TX 6-860-157 |
| 82 | Cengage | 9780547102160 | Elementary and Intermediate Algebra | TX 7-007-899 |
| 83 | Cengage | 9781439047903 | Elementary Geometry for College Students | TX 7-212-902 |
| 84 | Cengage | 9780618783762 | Elementary Linear Algebra | TX 7-196-001 |
| 85 | Cengage | 9780538733502 | Elementary Statistics | TX 7-412-190 |
| 86 | Cengage | 9780495295617 | Engineering Mechanics: Dynamics | TX 6-933-432 |
| 87 | Cengage | 9780495244691 | Engineering Mechanics: Statics | TX 4-958-376 |
| 88 | Cengage | 9780495295594 | Engineering Mechanics: Statics - SI Version | TX 4-958-376 |
| 89 | Cengage | 9780618879182 | Essential Calculus | TX 6-576-819 |
| 90 | Cengage | 9780538497398 | Essential Calculus: Early Transcendentals | TX 7-505-637 |
| 91 | Cengage | 9781439083680 | Essential Cinema: An Introduction to Film Analysis | TX 7-666-394 |
| 92 | Cengage | 9780495605256 | Essentials of Abnormal Psychology | TX 7-052-676 |
| 93 | Cengage | 9780324588002 | Essentials of Business Communication | TX 7-015-501 |
| 94 | Cengage | 9780538478236 | Essentials of Management | TX 7-404-315 |
| 95 | Cengage | 9780495812951 | Essentials of Sociology | TX 7-517-440 |
| 96 | Cengage | 9780324568608 | Essentials of Statistics for Business and Economics | TX 7-521-443 |
| 97 | Cengage | 9780538754576 | Essentials of Statistics for Business and Economics | TX 7-521-443 |
| 98 | Cengage | 9780495812203 | Essentials of Statistics for the Behavioral Science | TX 7-394-817 |
| 99 | Cengage | 9781439049143 | Experimental Organic Chemistry | TX 7-521-038 |
| 100 | Cengage | 9780324395464 | Exploring Economics | TX 6-577-432 |
| 101 | Cengage | 9781439040249 | Exploring Economics | TX 7-519-330 |
| 102 | Cengage | 9780538746953 | Financial Accounting | TX 6-577-304 |
| 103 | Cengage | 9780538478519 | Financial Accounting | TX 7-650-409 |
| 104 | Cengage | 9780324651140 | Financial Accounting: An Introduction to Concepts, Methods and Uses | TX 7-033-436 |
| 105 | Cengage | 9781439037119 | Financial Accounting: The Impact on Decision Makers | TX 7-493-894 |
| 106 | Cengage | 9780324422696 | Financial Management: Theory & Practice | TX 6-560-448 |
| 107 | Cengage | 9781439078099 | Financial Management: Theory & Practice | TX 7-401-325 |
| 108 | Cengage | 9780324660838 | Financial Reporting and Analysis | TX 6-858-958 |
| 109 | Cengage | 9781439080603 | Financial Reporting and Analysis | TX 7-638-613 |
| 110 | Cengage | 9781439050354 | Foundations of Astronomy | TX 7-159-899 |
| 111 | Cengage | 9780538744515 | Foundations of Business | TX 7-297-212 |

| PUBLISHER | ISBN | TITLE | COPYRIGHT REGISTRATION |
|---|---|---|---|
| 112 Cengage | 9780618973378 | Foundations of Marketing | TX 6-924-101 |
| 113 Cengage | 9780538470841 | Fraud Examination | TX 7-408-239 |
| 114 Cengage | 9780495811251 | Fundamental Statistics for the Behavioral Sciences | TX 7-515-603 |
| 115 Cengage | 9781285076911 | Fundamental Statistics for the Behavioral Sciences | TX 7-693-588 |
| 116 Cengage | 9781435438712 | Fundamentals of Anatomy and Physiology | TX 6-243-466 |
| 117 Cengage | 9780538733496 | Fundamentals of Biostatistics | TX 7-367-558 |
| 118 Cengage | 9780324595734 | Fundamentals of Business Law: Summarized Cases | TX 7-492-306 |
| 119 Cengage | 9780840033697 | Fundamentals of Case Management Practice | TX 7-422-837 |
| 120 Cengage | 9781439059647 | Fundamentals of Construction Estimating | TX 5-800-665 |
| 121 Cengage | 9780840069092 | Fundamentals of Digital Signal Processing Using MATLAB | TX 7-694-993 |
| 122 Cengage | 9780324597707 | Fundamentals of Financial Management | TX 7-035-007 |
| 123 Cengage | 9780538497978 | Fundamentals of Mathematics | TX 7-377-728 |
| 124 Cengage | 9781111569013 | Fundamentals of Mechatronics | TX 7-473-418 |
| 125 Cengage | 9781439049716 | Fundamentals of Organic Chemistry | TX 7-162-060 |
| 126 Cengage | 9781439043998 | General Chemistry Enhanced Edition | TX 7-222-799 |
| 127 Cengage | 9781439042243 | Global Business | TX 7-363-509 |
| 128 Cengage | 9780495599524 | Group Dynamics | TX 7-086-840 |
| 129 Cengage | 9781111833824 | Half the Human Experience | TX 7-614-185 |
| 130 Cengage | 9780538498821 | Human Heredity: Principles and Issues | TX 7-555-058 |
| 131 Cengage | 9780538731089 | Human Relations | TX 7-555-007 |
| 132 Cengage | 9780538453158 | Human Resource Management | TX 7-322-688 |
| 133 Cengage | 9780324542752 | Human Resource Management | TX 7-385-886 |
| 134 Cengage | 9781111301521 | Humanity: An Introduction to Cultural Anthropology | TX 7-517-349 |
| 135 Cengage | 9780538469197 | Income Tax Fundamentals 2011 | TX 7-403-910 |
| 136 Cengage | 9781423901693 | Information Technology for Managers | TX 7-167-024 |
| 137 Cengage | 9780495802501 | Inside Writing, Form A | TX 7-556-578 |
| 138 Cengage | 9780324592375 | Intermediate Accounting | TX 7-225-697 |
| 139 Cengage | 9781439049006 | Intermediate Algebra | TX 7-513-168 |
| 140 Cengage | 9781439046906 | Intermediate Algebra: An Applied Approach | TX 7-512-565 |
| 141 Cengage | 9780534496364 | Intermediate Algebra: Connecting Concepts through Applications | TX 7-515-141 |
| 142 Cengage | 9780324599107 | Intermediate Microeconomics | TX 6-436-626 |
| 143 Cengage | 9780324568196 | International Financial Management | TX 6-819-487 |
| 144 Cengage | 9781428323735 | Interpreting the National Electrical Code | TX 6-833-507 |
| 145 Cengage | 9780538452175 | Introduction to Business Statistics | TX 7-516-042 |
| 146 Cengage | 9781133105084 | Introduction to General, Organic and Biochemistry | TX 7-478-496 |
| 147 Cengage | 9781111297930 | Introduction to Physical Anthropology 2011-2012 Edition | TX 7-687-291 |
| 148 Cengage | 9781435464360 | Introduction to Sports Medicine and Athletic Training | TX 7-295-546 |
| 149 Cengage | 9780840054906 | Introduction to Statistics and Data Analysis | TX 7-413-202 |
| 150 Cengage | 9781133187790 | Introduction to the Theory of Computation | TX 6-239-203 |
| 151 Cengage | 9781439062050 | Introduction to Wireless and Mobile Systems | TX 5-665-266 |
| 152 Cengage | 9780538736381 | Introductory Chemistry | TX 7-207-579 |
| 153 Cengage | 9780534614430 | Issues and Ethics in the Helping Professions | TX 6-355-748 |
| 154 Cengage | 9780495812418 | Issues and Ethics in the Helping Professions | TX 7-390-149 |
| 155 Cengage | 9780495112198 | Laboratory Exercises in Anatomy & Physiology with Cat Dissections | TX 7-494-777 |
| 156 Cengage | 9780324786538 | Law for Business | TX 7-514-151 |
| 157 Cengage | 9780547143965 | Leadership: Research Findings, Practice, and Skills | TX 7-092-928 |
| 158 Cengage | 9780324596557 | Leadership: Theory, Application, & Skill Development | TX 7-476-771 |
| 159 Cengage | 9780495553403 | Life-Span Human Development | TX 6-870-325 |
| 160 Cengage | 9780495796213 | Looking Out, Looking In | TX 7-213-825 |
| 161 Cengage | 9781439039076 | Macroeconomics | TX 7-389-149 |
| 162 Cengage | 9780324579505 | Macroeconomics: A Contemporary Introduction | TX 3-040-117 |
| 163 Cengage | 9780324586213 | Macroeconomics: Principles and Policy | TX 6-306-933 |
| 164 Cengage | 9780538754286 | Macroeconomics: Private and Public Choice | TX 6-318-709 |
| 165 Cengage | 9780324595840 | Management | TX 7-412-924 |
| 166 Cengage | 9780324663822 | Managerial Accounting | TX 7-657-935 |
| 167 Cengage | 9780538742801 | Managerial Accounting | TX 7-736-751 |
| 168 Cengage | 9781439079232 | Managerial Economics | TX 7-287-088 |

| PUBLISHER | ISBN | TITLE | COPYRIGHT REGISTRATION |
|---|---|---|---|
| 169 Cengage | 9781439077986 | Managerial Economics: A Problem-Solving Approach | TX 7-719-054 |
| 170 Cengage | 9780538467384 | Marketing Strategy | TX 7-247-223 |
| 171 Cengage | 9781111301545 | Marriages, Families, and Relationships | TX 7-419-420 |
| 172 Cengage | 9781111426200 | Matrix Analysis of Structures | TX 7-589-543 |
| 173 Cengage | 9780495667735 | Mechanics of Fluids | TX 7-590-751 |
| 174 Cengage | 9780495667759 | Mechanics of Materials | TX 7-331-035 |
| 175 Cengage | 9781111136024 | Mechanics of Materials, Brief Edition | TX 7-388-122 |
| 176 Cengage | 9781439061992 | Mechatronics System Design Si Version | TX 7-327-597 |
| 177 Cengage | 9781439038970 | Microeconomics: Principles and Applications | TX 7-363-515 |
| 178 Cengage | 9781133103721 | Modern Physics for Scientists and Engineers | TX 7-492-944 |
| 179 Cengage | 9780538497879 | Multivariable Calculus | TX 7-373-545 |
| 180 Cengage | 9780840069245 | Nutrition, Exercise, and Behavior | TX 7-423-539 |
| 181 Cengage | 9780495390657 | Nutrition: Concepts and Controversies | TX 7-503-439 |
| 182 Cengage | 9780538734943 | Nutrition: Concepts and Controversies | TX 7-525-907 |
| 183 Cengage | 9780840058201 | Nutritional Sciences: From Fundamentals to Food | TX 7-487-533 |
| 184 Cengage | 9780840054449 | Organic Chemistry | TX 7-335-084 |
| 185 Cengage | 9780840054982 | Organic Chemistry | TX 7-370-039 |
| 186 Cengage | 9781133952848 | Organic Chemistry | TX 7-689-956 |
| 187 Cengage | 9780495391449 | Organic Chemistry: A Biological Approach | TX 7-164-938 |
| 188 Cengage | 9780324598896 | Organization Theory and Design | TX 7-173-325 |
| 189 Cengage | 9781439042250 | Organizational Behavior | TX 7-511-116 |
| 190 Cengage | 9780495812944 | Our Sexuality | TX 7-327-616 |
| 191 Cengage | 9781133943419 | Our Sexuality | TX 7-655-915 |
| 192 Cengage | 9781439044476 | Personal Financial Planning | TX 7-513-049 |
| 193 Cengage | 9780495813965 | Personality | TX 7-524-225 |
| 194 Cengage | 9781439048443 | Physics for Scientists and Engineers | TX 7-365-027 |
| 195 Cengage | 9781133954057 | Physics for Scientists and Engineers with Modern Physics | TX 7-700-143 |
| 196 Cengage | 9780324665109 | Portfolio Construction, Management, and Protection | TX 3-443-863 |
| 197 Cengage | 9781111425791 | Power System Analysis & Design SI Version | TX 7-624-760 |
| 198 Cengage | 9781133365426 | Prealgebra and Introductory Algebra: An Applied Approach | TX 7-693-610 |
| 199 Cengage | 9781439045770 | Precalculus | TX 7-414-066 |
| 200 Cengage | 9780840068620 | Precalculus | TX 7-416-546 |
| 201 Cengage | 9781439049082 | Precalculus: A Concise Course | TX 7-554-613 |
| 202 Cengage | 9780840068071 | Precalculus: Mathematics for Calculus | TX 7-412-897 |
| 203 Cengage | 9780495501978 | Principles and Applications of Assessment in Counseling | TX 6-853-267 |
| 204 Cengage | 9781439037744 | Principles of Accounting | TX 7-514-163 |
| 205 Cengage | 9780538453059 | Principles of Economics | TX 7-349-956 |
| 206 Cengage | 9780324665284 | Principles of Information Systems | TX 7-001-724 |
| 207 Cengage | 9780538453066 | Principles of Macroeconomics | TX 7-343-754 |
| 208 Cengage | 9780538453042 | Principles of Microeconomics | TX 7-343-757 |
| 209 Cengage | 9780324589986 | Principles of Microeconomics | TX 7-347-799 |
| 210 Cengage | 9781111827045 | Probability and Statistics for Engineers and Scientists | TX 7-477-218 |
| 211 Cengage | 9781111301552 | Psychology | TX 7-733-856 |
| 212 Cengage | 9781111344856 | Psychology: Concepts and Connections | TX 7-412-914 |
| 213 Cengage | 9780538731416 | Records Management | TX 7-520-984 |
| 214 Cengage | 9780840031976 | Research Methods for the Behavioral Sciences | TX 7-387-756 |
| 215 Cengage | 9780495811190 | Research Methods: A Modular Approach | TX 7-262-660 |
| 216 Cengage | 9781435480742 | Science of Animal Agriculture | TX 7-549-544 |
| 217 Cengage | 9780495604853 | Seeing Sociology: An Introduction | TX 7-555-003 |
| 218 Cengage | 9780495601494 | Sensation and Perception | TX 7-039-561 |
| 219 Cengage | 9780538453141 | Small Business Management: Entrepreneurship and Beyond | TX 7-408-637 |
| 220 Cengage | 9780495812401 | Social Psychology | TX 7-519-560 |
| 221 Cengage | 9780495812975 | Social Psychology | TX 7-549-246 |
| 222 Cengage | 9780495813910 | Sociology in Our Times | TX 7-513-166 |
| 223 Cengage | 9781111305505 | Sociology in Our Times: The Essentials | TX 7-413-982 |
| 224 Cengage | 9781111831561 | Sociology: The Essentials | TX 7-473-664 |
| 225 Cengage | 9781111835484 | Statistical Methods for Psychology | TX 7-478-294 |

| | PUBLISHER | ISBN | TITLE | COPYRIGHT REGISTRATION |
|---|---|---|---|---|
| 226 | Cengage | 9780324783247 | Statistics for Business and Economics | TX 7-346-268 |
| 227 | Cengage | 9780324658378 | Statistics for Business and Economics | TX 6-855-701 |
| 228 | Cengage | 9781111830991 | Statistics for the Behavioral Sciences | TX 7-478-280 |
| 229 | Cengage | 9781133312536 | Statistics Plain and Simple | TX 7-659-547 |
| 230 | Cengage | 9780840058010 | Statistics: The Exploration & Analysis of Data | TX 7-555-795 |
| 231 | Cengage | 9780495901945 | Successful Writing at Work: Concise Edition | TX 7-623-172 |
| 232 | Cengage | 9780538749091 | Survey of Accounting | TX 7-294-233 |
| 233 | Cengage | 9780495911340 | The Challenge of Effective Speaking | TX 7-424-287 |
| 234 | Cengage | 9780495601432 | The Essentials of Statistics: A Tool for Social Research | TX 7-545-077 |
| 235 | Cengage | 9780324654363 | The Legal Environment of Business | TX 6-900-344 |
| 236 | Cengage | 9780495598411 | The Practice of Social Research | TX 7-024-909 |
| 237 | Cengage | 9780495102083 | Theory and Practice of Counseling and Psychotherapy | TX 7-643-912 |
| 238 | Cengage | 9780324789195 | Transportation: A Supply Chain Perspective | TX 7-549-564 |
| 239 | Cengage | 9781439049075 | Trigonometry | TX 7-511-367 |
| 240 | Cengage | 9780840048387 | Understandable Statistics | TX 7-445-132 |
| 241 | Cengage | 9780538734981 | Understanding Food: Principles and Preparation | TX 7-515-146 |
| 242 | Cengage | 9780538734653 | Understanding Nutrition | TX 7-330-340 |
| 243 | Cengage | 9781111832568 | Understanding Politics | TX 7-475-086 |
| 244 | Cengage | 9781111837266 | Understanding Statistics in the Behavioral Sciences | TX 7-478-283 |
| 245 | Cengage | 9780538452748 | Using Financial Accounting Information | TX 7-517-549 |
| 246 | Cengage | 9781111343668 | What is Psychology? | TX 7-371-525 |
| 247 | Cengage | 9780495799641 | Writing the Research Paper: A Handbook | TX 7-604-179 |
| 248 | Elsevier | 9780123825926 | Advanced Engineering Mathematics | TX 5-342-429 |
| 249 | Elsevier | 9781437719260 | Clinical Anatomy and Physiology of the Visual System | TX 7-425-574 |
| 250 | Elsevier | 9780123838728 | Computer Architecture: A Quantitative Approach | TX 5-886-988 |
| 251 | Elsevier | 9780123747501 | Computer Organization and Design | TX 7-465-510 |
| 252 | Elsevier | 9780123786081 | Contemporary Enzyme Kinetics and Mechanism | TX 5-160-079 |
| 253 | Elsevier | 9780123746399 | Fundamentals of Renewable Energy Processes | TX 7-648-620 |
| 254 | Elsevier | 9780123749796 | Introduction to Biomedical Engineering | TX 5-088-553 |
| 255 | Elsevier | 9781416062493 | Pharmacology for Nursing Care | TX 7-151-424 |
| 256 | Elsevier | 9781437701517 | Physical Examination and Health Assessment | TX 6-843-818 |
| 257 | Elsevier | 9780123978578 | The Theory of Gambling and Statistical Logic | TX 7-692-339 |
| 258 | McGraw Hill | 9780078136726 | Accounting for Decision Making and Control | TX 7-136-503 |
| 259 | McGraw Hill | 9780073527062 | Accounting: What the Numbers Mean | TX 7-140-620 |
| 260 | McGraw Hill | 9780078136627 | Advanced Accounting | TX 7-185-493 |
| 261 | McGraw Hill | 9780077276201 | Anatomy and Physiology: The Unity of Form and Function | TX 6-955-544 |
| 262 | McGraw Hill | 9780071545914 | Bridge and Highway Structure Rehabilitation and Repair | TX 7-169-844 |
| 263 | McGraw Hill | 9780073532080 | Child Development: An Introduction | TX 7-628-107 |
| 264 | McGraw Hill | 9780073381107 | Consumer Behavior: Building Marketing Strategy | TX 7-482-759 |
| 265 | McGraw Hill | 9780077337629 | Corporate Finance | TX 7-265-582 |
| 266 | McGraw Hill | 9780073375694 | Economics | TX 6-961-449 |
| 267 | McGraw Hill | 9780073511443 | Economics | TX 7-314-361 |
| 268 | McGraw Hill | 9780073378787 | Educational Psychology | TX 7-578-492 |
| 269 | McGraw Hill | 9780073384351 | Elementary and Intermediate Algebra | TX 7-319-408 |
| 270 | McGraw Hill | 9780077339180 | Essentials of Investments | TX 7-059-352 |
| 271 | McGraw Hill | 9780078111020 | Financial Accounting | TX 7-407-681 |
| 272 | McGraw Hill | 9780078110870 | Fundamental Accounting Principles | TX 7-278-768 |
| 273 | McGraw Hill | 9780078110894 | Fundamental Managerial Accounting Concepts | TX 7-479-223 |
| 274 | McGraw Hill | 9780073525266 | Genetics: From Genes to Genomes | TX 7-265-568 |
| 275 | McGraw Hill | 9780071748896 | Harrison's Principles of Internal Medicine: Volume 1 | TX 7-595-003 |
| 276 | McGraw Hill | 9780071748896 | Harrison's Principles of Internal Medicine: Volume 2 | TX 7-594-982 |
| 277 | McGraw Hill | 9780073378091 | Human Anatomy | TX 7-645-436 |
| 278 | McGraw Hill | 9780073525464 | Human Biology | TX 7-578-489 |
| 279 | McGraw Hill | 9780078137198 | International Business | TX 7-146-352 |
| 280 | McGraw Hill | 9780078112577 | International Management: Culture, Strategy, and Behavior | TX 7-639-464 |
| 281 | McGraw Hill | 9780073529943 | International Marketing | TX 7-277-512 |
| 282 | McGraw Hill | 9780073527079 | Introduction to Managerial Accounting | TX 7-184-270 |

| | PUBLISHER | ISBN | TITLE | COPYRIGHT REGISTRATION |
|---|---|---|---|---|
| 283 | McGraw Hill | 9780077337728 | Macroeconomics | TX 7-319-506 |
| 284 | McGraw Hill | 9780078112713 | Management | TX 7-272-888 |
| 285 | McGraw Hill | 9780073376813 | Management Information Systems | TX 7-330-231 |
| 286 | McGraw Hill | 9780073379616 | Managerial Accounting | TX 7-230-160 |
| 287 | McGraw Hill | 9780078111006 | Managerial Accounting | TX 7-578-478 |
| 288 | McGraw Hill | 9780073527130 | Managerial Accounting for Managers | TX 7-230-168 |
| 289 | McGraw Hill | 9780071704427 | Mechanisms and Mechanical Devices Sourcebook | TX 7-436-584 |
| 290 | McGraw Hill | 9780078035159 | Methods in Behavioral Research | TX 7-559-790 |
| 291 | McGraw Hill | 9780073522524 | Microbiology: A Systems Approach | TX 7-403-927 |
| 292 | McGraw Hill | 9780077337735 | Microeconomics | TX 7-314-358 |
| 293 | McGraw Hill | 9780073380452 | Microelectronic Circuit Design | TX 7-166-696 |
| 294 | McGraw Hill | 9780073525259 | Operations Management | TX 7-638-601 |
| 295 | McGraw Hill | 9780073381237 | Organizational Behavior | TX 6-975-178 |
| 296 | McGraw Hill | 9780078112669 | Organizations: Behavior, Structure, Processes | TX 7-639-467 |
| 297 | McGraw Hill | 9780073530697 | Personal Finance | TX 7-726-350 |
| 298 | McGraw Hill | 9780071633758 | Principles of Computer Security | TX 7-245-574 |
| 299 | McGraw Hill | 9780073532066 | The Science of Psychology: An Appreciative View | TX 7-429-490 |
| 300 | Pearson | 9780205677207 | A World of Art | TX 7-191-129 |
| 301 | Pearson | 9780205037438 | Abnormal Psychology | TX 7-441-515 |
| 302 | Pearson | 9780205205011 | Abnormal Psychology | TX 7-479-490 |
| 303 | Pearson | 9780132569057 | Accounting | TX 7-346-291 |
| 304 | Pearson | 9780132568968 | Advanced Accounting | TX 6-899-994 |
| 305 | Pearson | 9780132163644 | Advertising & IMC: Principles and Practice | TX 7-341-038 |
| 306 | Pearson | 9780321716569 | Algebra and Trigonometry | TX 6-827-976 |
| 307 | Pearson | 9780321693983 | Algebra and Trigonometry | TX 7-335-437 |
| 308 | Pearson | 9780321784834 | Algebra and Trigonometry Enhanced with Graphing Utilities | TX 7-502-813 |
| 309 | Pearson | 9780321715401 | Algebra for College Students | TX 7-335-410 |
| 310 | Pearson | 9780321726391 | Algebra: A Combined Approach | TX 7-646-813 |
| 311 | Pearson | 9780321691828 | Applied Basic Mathematics | TX 7-325-478 |
| 312 | Pearson | 9780136116332 | Applied Physics | TX 7-327-648 |
| 313 | Pearson | 9780205744220 | Art History Volume 1 | TX 7-293-373 |
| 314 | Pearson | 9780205744213 | Art History Volume 2 | TX 7-293-373 |
| 315 | Pearson | 9780132575959 | Auditing and Assurance Services: An Integrated Approach | TX 7-387-012 |
| 316 | Pearson | 9780132168380 | Basic Business Statistics | TX 7-341-024 |
| 317 | Pearson | 9780321726438 | Basic College Mathematics with Early Integers | TX 7-646-816 |
| 318 | Pearson | 9780321716026 | Becker's World of the Cell | TX 7-337-567 |
| 319 | Pearson | 9780321673480 | Beginning Algebra | TX 6-883-440 |
| 320 | Pearson | 9780321715425 | Beginning and Intermediate Algebra | TX 7-386-617 |
| 321 | Pearson | 9780205150687 | Biological Anthropology | TX 6-323-741 |
| 322 | Pearson | 9780321707024 | Biology of Humans: Concepts, Applications, and Issues | TX 7-335-231 |
| 323 | Pearson | 9780321767837 | Biology: Science for Life with Physiology | TX 7-504-725 |
| 324 | Pearson | 9780131008465 | Biostatistical Analysis | TX 7-105-757 |
| 325 | Pearson | 9780321649638 | Brock Biology of Microorganisms | TX 7-335-382 |
| 326 | Pearson | 9780132148696 | Building Construction: Principles, Materials, & Systems | TX 7-504-731 |
| 327 | Pearson | 9780135108178 | Business Mathematics | TX 2-812-505 |
| 328 | Pearson | 9780136121015 | Business Statistics | TX 7-166-138 |
| 329 | Pearson | 9780321716095 | Business Statistics | TX 7-264-188 |
| 330 | Pearson | 9780132354165 | C++ GUI Programming with Qt 4 | TX 7-003-495 |
| 331 | Pearson | 9780132662369 | C++ How to Program | TX 7-353-907 |
| 332 | Pearson | 9780321563842 | C++ Programming Language | TX 7-714-257 |
| 333 | Pearson | 9780321558237 | Campbell Biology | TX 7-304-625 |
| 334 | Pearson | 9780321704955 | Chemistry | TX 7-333-060 |
| 335 | Pearson | 9780321651785 | Chemistry: A Molecular Approach | TX 7-194-727 |
| 336 | Pearson | 9780321693457 | Chemistry: An Introduction to General, Organic, and Biological Chemistry | TX 7-327-157 |
| 337 | Pearson | 9780321696724 | Chemistry: The Central Science | TX 6-162-946 |
| 338 | Pearson | 9780205034949 | Children and Their Development | TX 7-454-308 |
| 339 | Pearson | 9780321716811 | College Algebra | TX 5-919-457 |

| | PUBLISHER | ISBN | TITLE | COPYRIGHT REGISTRATION |
|---|---|---|---|---|
| 340 | Pearson | 9780321756268 | College Algebra in Context | TX 7-553-847 |
| 341 | Pearson | 9780321486813 | Compilers: Principles, Techniques, and Tools | TX 6-434-784 |
| 342 | Pearson | 9780136079675 | Computer Networking: A Top-Down Approach | TX 7-248-529 |
| 343 | Pearson | 9780132856201 | Computer Networking: A Top-Down Approach | TX 7-536-257 |
| 344 | Pearson | 9780132126953 | Computer Networks | TX 7-299-564 |
| 345 | Pearson | 9780132569033 | Computer Science: An Overview | TX 7-337-417 |
| 346 | Pearson | 9780789748904 | Computer Security Fundamentals | TX 7-500-873 |
| 347 | Pearson | 9780136108047 | Computer Systems: A Programmer's Perspective | TX 7-152-199 |
| 348 | Pearson | 9780131395312 | Concepts of Programming Languages | TX 7-530-764 |
| 349 | Pearson | 9780805390384 | Conceptual Integrated Science | TX 7-634-018 |
| 350 | Pearson | 9780321753342 | Conceptual Physical Science | TX 7-499-008 |
| 351 | Pearson | 9780135137826 | Construction Scheduling: Principles and Practices | TX 6-900-564 |
| 352 | Pearson | 9780137081899 | Core Java Volume I--Fundamentals | TX 6-935-014 |
| 353 | Pearson | 9780137081608 | Core Java, Volume II--Advanced Features | TX 7-713-564 |
| 354 | Pearson | 9780132109178 | Cost Accounting: A Managerial Emphasis | TX 7-335-836 |
| 355 | Pearson | 9780136097044 | Cryptography and Network Security: Principles and Practice | TX 7-161-744 |
| 356 | Pearson | 9780205158805 | Cultural Anthropology: A Global Perspective | TX 7-441-387 |
| 357 | Pearson | 9780132433105 | Data and Computer Communications | TX 7-282-143 |
| 358 | Pearson | 9780132576277 | Data Structures and Algorithm Analysis in Java | TX 7-486-223 |
| 359 | Pearson | 9780132145374 | Database Processing | TX 7-445-342 |
| 360 | Pearson | 9780131873254 | Database Systems: The Complete Book | TX 6-877-271 |
| 361 | Pearson | 9780136121008 | Developing Management Skills | TX 6-525-546 |
| 362 | Pearson | 9780321731531 | Developmental Mathematics | TX 5-815-668 |
| 363 | Wiley | 9781118300275 | A Guide to Writing as an Engineer | TX 7-743-603 |
| 364 | Wiley | 9780470380086 | Abnormal Psychology | TX 7-352-371 |
| 365 | Wiley | 9781118018491 | Abnormal Psychology | TX 7-501-559 |
| 366 | Wiley | 9780470317549 | Accounting Principles | TX 7-192-054 |
| 367 | Wiley | 9780470534793 | Accounting Principles | TX 7-420-810 |
| 368 | Wiley | 9780470534786 | Accounting: Tools for Business Decision Makers | TX 7-413-466 |
| 369 | Wiley | 9780470437438 | Advanced Concrete Technology | TX 7-422-015 |
| 370 | Wiley | 9780470458365 | Advanced Engineering Mathematics | TX 7-417-577 |
| 371 | Wiley | 9780470398555 | Airport Engineering: Planning, Design and Development of 21st Century Airports | TX 7-436-382 |
| 372 | Wiley | 9780470648056 | Analytic Trigonometry with Applications | TX 7-476170 |
| 373 | Wiley | 9781118024720 | Applied Mathematics And Modeling For Chemical Engineers | TX 7-609-310 |
| 374 | Wiley | 9780470633229 | Basic Engineering Circuit Analysis | TX 7-406-519 |
| 375 | Wiley | 9780470621707 | Bayesian Estimation and Tracking: A Practical Guide | TX 7-572-171 |
| 376 | Wiley | 9780470409015 | Business Statistics: Contemporary Decision Making | TX 7-309-917 |
| 377 | Wiley | 9781118086193 | Case Studies in Abnormal Psychology | TX 7-497-307 |
| 378 | Wiley | 9781118206737 | Cell and Molecular Biology | TX 7-680-568 |
| 379 | Wiley | 9781118010303 | Contemporary Business: 2012 Update | TX 7-465-758 |
| 380 | Wiley | 9780470547564 | Control Systems Engineering | TX 7-422-777 |
| 381 | Wiley | 9780470507025 | Core Concepts of Accounting Information Systems | TX 7-349-376 |
| 382 | Wiley | 9780470383278 | Data Structures and Algorithms in C++ | TX 7-416-720 |
| 383 | Wiley | 9780471727569 | Design and Analysis of Experiments | TX 7-097-038 |
| 384 | Wiley | 9780470561096 | Economics and the Environment | TX 7-393-693 |
| 385 | Wiley | 9780470472088 | Economics of Money, Banking and Financial Markets | TX 7-239-539 |
| 386 | Wiley | 9780470383346 | Elementary Differential Equations and Boundary Value Problems | TX 7-192-021 |
| 387 | Wiley | 9780470614815 | Engineering Mechanics: Dynamics | TX 7-532-005 |
| 388 | Wiley | 9780470614730 | Engineering Mechanics: Statics | TX 7-442-594 |
| 389 | Wiley | 9780470631478 | Engineering Statistics | TX 7-422-781 |
| 390 | Wiley | 9780470450376 | Entrepreneurship | TX 7-398-887 |
| 391 | Wiley | 9780470619599 | Environmental Transport Processes | TX 7-552-260 |
| 392 | Wiley | 9780470477151 | Financial Accounting | TX 7-303-554 |
| 393 | Wiley | 9780470635292 | Financial Accounting in an Economic Context | TX 7-420-509 |
| 394 | Wiley | 9781118004234 | Financial and Managerial Accounting | TX 7-512-606 |
| 395 | Wiley | 9780470481806 | Financial Risk Management: Models, History, and Institutions | TX 7-456-476 |
| 396 | Wiley | 9780470458273 | Finite Mathematics: An Applied Approach | TX 7-405-873 |

| | PUBLISHER | ISBN | TITLE | COPYRIGHT REGISTRATION |
|---|---|---|---|---|
| 397 | Wiley | 9780470460610 | Foundations of College Chemistry | TX 7-244-813 |
| 398 | Wiley | 9780470876442 | Fundamentals of Corporate Finance | TX 7-455-558 |
| 399 | Wiley | 9780470624708 | Fundamentals of Database Management Systems | TX 7-485-349 |
| 400 | Wiley | 9780470495902 | Fundamentals of Engineering Thermodynamics | TX 7-415-211 |
| 401 | Wiley | 9780470262849 | Fundamentals of Fluid Mechanics | TX 7-180-154 |
| 402 | Wiley | 9780470169681 | Fundamentals of Human Resource Management | TX 7-173-300 |
| 403 | Wiley | 9781118156322 | Fundamentals of Microelectronics | TX 7-725-919 |
| 404 | Wiley | 9780470467008 | Fundamentals of Modern Manufacturing: Materials, Processes, and Systems | TX 7-225-262 |
| 405 | Wiley | 9780470087534 | Fundamentals of Risk and Insurance | TX 7-166-780 |
| 406 | Wiley | 9780470041925 | Fundamentals of Thermodynamics | TX 7-177-087 |
| 407 | Wiley | 9780470462423 | Geography: Realms, Regions and Concepts | TX 7-225-251 |
| 408 | Wiley | 9780470381113 | Global Marketing Management | TX 7-313-679 |
| 409 | Wiley | 9781118085639 | Hospitality Law | TX 7-465-418 |
| 410 | Wiley | 9780470637524 | Hotel Front Office Management | TX 7-424-785 |
| 411 | Wiley | 9781118018699 | Human Geography: People, Place, and Culture | TX 7-496-739 |
| 412 | Wiley | 9781118094839 | Information Storage and Management | TX 7-559-663 |
| 413 | Wiley | 9780470916803 | Information Technology for Management | TX 7-416-446 |
| 414 | Wiley | 9780470478448 | Integrated Business Processes with ERP Systems | TX 7-427-608 |
| 415 | Wiley | 9780470587232 | Intermediate Accounting | TX 7-417-230 |
| 416 | Wiley | 9781118147290 | Intermediate Accounting | TX 7-688-829 |
| 417 | Wiley | 9780471737933 | Intermediate Accounting: Principles and Analysis | TX 6-989-903 |
| 418 | Wiley | 9780470287668 | International Financial Statement Analysis | TX 7-394-886 |
| 419 | Wiley | 9781118117750 | Introduction to Differential Calculus | TX 7-493-758 |
| 420 | Wiley | 9781118477502 | Introduction to Electric Circuits | TX 7-712-235 |
| 421 | Wiley | 9780470547557 | Introduction to Fluid Mechanics | TX 7-378-289 |
| 422 | Wiley | 9780470501962 | Introduction to Heat Transfer | TX 7-435-800 |
| 423 | Wiley | 9780470473528 | Introduction to Information Systems: Enabling and Transforming Business | TX 7-189-468 |
| 424 | Wiley | 9780470530672 | Management Science: The Art of Modeling with Spreadsheets | TX 7-397-568 |
| 425 | Wiley | 9780470477144 | Managerial Accounting: Tools for Business Decision Making | TX 7-311-538 |
| 426 | Wiley | 9781118096895 | Managerial Accounting: Tools for Business Decision Making | TX 7-464-216 |
| 427 | Wiley | 9780470343944 | Managing Business Ethics | TX 7-371-603 |
| 428 | Wiley | 9780470419977 | Materials Science and Engineering: An Introduction | TX 7-273-906 |
| 429 | Wiley | 9780470531341 | Mathematics for Elementary Teachers: A Contemporary Approach | TX 7-406-258 |
| 430 | Wiley | 9780470767856 | MATLAB: An Introduction with Applications | TX 7-423-409 |
| 431 | Wiley | 9780470481813 | Mechanics of Materials | TX 7-422-550 |
| 432 | Wiley | 9780470563588 | Microeconomics | TX 7-397-570 |
| 433 | Wiley | 9781118061145 | Modern Physics | TX 7-499-821 |
| 434 | Wiley | 9780470325049 | Operations Management | TX 7-204-115 |
| 435 | Wiley | 9780470401415 | Organic Chemistry | TX 7-262-174 |
| 436 | Wiley | 9781118133576 | Organic Chemistry | TX 7-655-356 |
| 437 | Wiley | 9780470223550 | Physics | TX 7-273-275 |
| 438 | Wiley | 9780471756842 | Precalculus | TX 7-247-212 |
| 439 | Wiley | 9780470084717 | Principles of Anatomy and Physiology | TX 7-173-304 |
| 440 | Wiley | 9780470903599 | Principles of Genetics | TX 7-444-762 |
| 441 | Wiley | 9780470278703 | Project Management | TX 7-293-763 |
| 442 | Wiley | 9780470533017 | Project Management in Practice | TX 7-395-653 |
| 443 | Wiley | 9780470393086 | Revenue Management for the Hospitality Industry | TX 7-409-672 |
| 444 | Wiley | 9780470198636 | Small Business Accounting | TX 7-307-219 |
| 445 | Wiley | 9780470556849 | Soil Mechanics and Foundations | TX 7-422-783 |
| 446 | Wiley | 9780471692720 | Statistical Bioinformatics: For Biomedical And Life Science Researchers | TX 7-283-960 |
| 447 | Wiley | 9780470405482 | Systems Engineering Principles and Practice | TX 7-426-387 |
| 448 | Wiley | 9780470464724 | Technical Mathematics with Calculus | TX 7-424-451 |
| 449 | Wiley | 9780470424766 | The Heart of Mathematics | TX 7-300-715 |
| 450 | Wiley | 9780470547410 | Theory and Design for Mechanical Measurements | TX 7-415-722 |
| 451 | Wiley | 9781118071779 | Tourism: Principles, Practices, Philosophies | TX 7-462-460 |
| 452 | Wiley | 9780470424650 | Valuation | TX 7-346-466 |
| 453 | Wiley | 9780470569191 | Visualizing Human Biology | TX 7-397-840 |