# Exhibit B

# EXHIBIT B

| PUBLISHER | IMPRINT | TRADEMARK REGISTRATION |
|---|---|---|
| Cengage | Brooks Cole | 3,603,376; 3,603,349; 3,386,242 |
| Cengage | Delmar | 3,603,376; 3,603,349 |
| Cengage | South-Western | 3,603,376; 3,603,349; 3,493,894 |
| Cengage | Wadsworth | 3,603,376; 3,603,349 |
| Elsevier | Academic Press | 1,196,196 |
| Elsevier | Churchill Livingston | 2,117,467 |
| Elsevier | Elsevier | 4,181,271 |
| Elsevier | Morgan Kaufmann | 2186693; 2,114,271; 2,114,270 |
| Elsevier | Newnes | 2,494,734 |
| McGraw-Hill | McGraw-Hill | 3,317,088; 3,316,236; 3,981,924; 1,350,345; 2,899,528; 3,103,212 |
| Pearson | Allyn & Bacon | 2,007,295; 2,599,724; 2,600,081; 2,652,792; 2,679,355; 2,691,830; 1,602,228 |
| Pearson | Benjamin Cummings | 2,007,295; 2,599,724; 2,600,081; 2,652,792; 2,679,355; 2,691,830; 2,671,773; 2,621,299; 1,189,279 |
| Pearson | Longman | 2,007,295; 2,599,724; 2,600,081; 2,652,792; 2,679,355; 2,691,830 |
| Pearson | Merrill | 2,007,295; 2,599,724; 2,600,081; 2,652,792; 2,679,355; 2,691,830; 1,342,095 |
| Pearson | Prentice Hall | 2,007,295; 2,599,724; 2,600,081; 2,652,792; 2,679,355; 2,691,830; 1,332,044; 1,332,639; 1,375,654 |
| Wiley | Wiley | 2,168,941; 1,003,988; 2,159,987 |